NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5046

JUDITH LOUISE CRONIN,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 06-CV-633, Senior Judge Eric G. Bruggink.

ON MOTION

Before MAYER, Circuit Judge.

ORDER

Judith Louise Cronin moves for a four month extension of time, until November 23, 2009, to file her opening brief.

Cronin's appeal was docketed on March 3, 2009, making her informal brief due on March 24, 2009. On March 24, Cronin moved for a 120-day extension of time, until July 22, 2009, to file her brief. The court granted the motion but informed Cronin that no further extensions would be granted. Cronin now moves for an additional four month extension of time to file her brief.

The court rarely grants lengthy extensions of time such as that previously granted to Cronin, and did so only due to the extraordinary circumstances presented by Cronin in her previous motion. In her current motion, Cronin states that because of her mother's illness she cannot return home at this time. However, Cronin does not show

why she needs an additional four months to file her informal brief. The informal brief form is short and intended to simplify the task of filing a brief. The court sua sponte waives the requirement that Cronin attach a copy of the decision of the United States Court of Federal Claims to her brief and requests that the United States attach the decision to its brief.

Accordingly,

IT IS ORDERED THAT:

The motion is granted in part and denied in part. Cronin's brief is due within 30 days of the date of filing of this order. No further extensions will be granted.

FOR THE COURT

JUL 0 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Judith Louise Cronin (informal brief form enclosed)
      Roger A. Hipp, Esq.
s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 8 2009

JAN HORBALY
CLERK